# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FW#400002653

Rosa A. Ayala S
**Plaintiff**

v.

Poly tejas
**Defendant**

4-24CV-169-0
450-2024-01477
Civil Action No.

## COMPLAINT

I, Rosa Ayala have a metal left foot from my hip to my knee from a car accident. I can't use steel toe shoes. I had a doctor's note saying I couldn't use steel toe shoes. I turnt the doctors note to my superviser in charge Natalia Redondo and Cesar Bustamante and I've also given to Justin Earl. They let me go and took me out and said "you are not allowed in the warehouse, withought proper shoes." They also discriminated against my sexual orientation when a new female colleague came who was the same orientation and told me I should go fool around with her. When I reported it they brushed it off → 2nd page

* Attach additional pages as needed.

Date: 02.21.2024
Signature: [signature]
Print Name: Rosa A Ayala S
Address: 7812 Roberts Cir
City, State, Zip: Arington TX 76010
Telephone: (817) 8427853

They gave me 3 Strikes even though I never had one to justify firing me. They treated me so bad that I was nervous enough to wet myself while working.

they didn't pay me for my 3 months of vacation time for working Jan-March

| | |
|---|---|
| Date: | 2/21/2014 |
| Signature: | Rosa A Ayala Jr |
| Print Name: | Rosa A Ayala Serrano |
| Bar Number: | |
| Address: | 2812 Roberts Cir |
| City, State, Zip: | Arlington TX 76010 |
| Telephone: | (817) 842-7853 |
| Fax: | |
| E-Mail: | Rosatami@280gmail.com <br> Rosalamia280@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

  

**Cesar Bustamante s...**



**Cesar Bustamante** sent you "**Texas Poly Termination Notification Rosa Ayala**".

Attn. Rosa Ayala.

Please review your Termination notification.

Do not hesitate to ask if you have any questions.

The Tejas team

**OPEN THE DOCUMENT**

ⓘ Report spam

Use PandaDoc to create, send, track, and eSign

## Texas Poly Termination Notification...
by Cesar Bustamante

\tejas

**Written Disciplinary Log**  Texas Poly Inc. 1375 Westpark Way, Euless, TX 76040

| | |
|---|---|
| Employee Name: Rosa Ayala | Job Title: Quality technician |
| Department: Quality | Supervisor: Nathali Redondo |
| Date: 03/21/2023 | Occurrence date: 03/16/2023 |

Write up #: 3

The purpose of this written warning is to bring to your attention new or ongoing deficiencies in your conduct and/or performance. The intent is to define for you the seriousness of the situation so that you may take immediate corrective action. This written warning will be placed in your personnel file.

**Reason for warning:** refusing to use steel toe shoes that are mandatory for manufacturing employees for safety reasons

**Prior discussion or warnings on this subject** (verbal/written, dates): 03/11/2023

**Relevant company policy violated:** Dress Code Policy Texas Poly Manufacturing Employees

**Corrective action required:** Separation

**Consequences of failure to improve performance or correct behavior:** Separation

**Employee comments:**

NA

The above has been discussed with me by my supervisor. I understand the contents and acknowledge and understand the corrective action required. I also acknowledge and understand the potential consequences of noncompliance.

**Start signing**

## Letter by Porter, Sierra Jewel Cook, PAC on 3/9/2023



**acclaim**
*Improving health together.*

1050 W ARKANSAS LANE SUITE 150
ARLINGTON TX 76013
Phone: 817-702-1100
Fax: 817-702-4801

March 9, 2023

Patient: Rosa Armida Ayala Serrano
Date of Birth: 1/4/1978
Date of Visit: 3/9/2023

To Whom It May Concern:

It is my medical opinion that Rosa Ayala Serrano should not wear metal toed boots to work.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

JPS Care Team

**Communications**

✉ Letter sent to Rosa A. Ayala Serrano





## Google Translate

Spanish  English

🔊 SPANISH                                                               ✕

Buenas. Tardes. Hola. No he recivido respuesta asía ni estatus de la compañía ya que presente mi restricción médica sin embargo que estatus me van a dar. Soy. Rosa ayala

 Camera     Conversation      Transcribe

ENGLISH                                                              

Hello good. Afternoon. Hello. I have not received a response to this or a status from the company since I submitted my medical restriction, however, what status will they give me. Am. rosa ayala

              









| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | 450-2024-01477 |

Texas Workforce Commission Civil Rights Division                                                                                    and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.) | Home Phone | Year of Birth |
|---|---|---|
| Rosa Ayala | (817) 842-7853 | 1978 |

Street Address
2812 Roberts Circle
Arlington, TX 76010

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| TEXAS POLY INC | 15 - 100 Employees | (817) 540-2351 |

Street Address
1375 WESTPARK WAY
EULESS, TX 76040

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

Street Address                                                City, State and ZIP Code

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Disability | Earliest: 11/27/2022   Latest: 04/11/2023 |

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

In October 2022 I expressed to Supervisor Natalie Redondo my need to use different shoes with no metal due to issues with my disability. In November 2022 I continued to have pain with metal shoes, and I reached out to Supervisor Cesar Bustamante about wearing other shoes with no metal. Cesar Bustamante informed me I would be allowed to do that when I turn in a prescription. On April 6, 2023, I was sent home by Cesar Bustamante, due to wearing the wrong type of shoes. He said he would find another place for me to work due to my shoes. I made an appointment with my doctor for May 9, 2023, to obtain my prescription. On April 11, 2023, I was informed I was terminated because I wasn't wearing metal shoes. The following employees were allowed to wear no-metal shoes and remain employed, Armando Huerta, Natalie Redondo, Elena Benitez. I believe that I was discriminated against based on my disability and/or because I was regarded as disabled, in violation of the Americans with Disabilities Act of 1990.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 12-05-2023             Rosa A Ayala  Date                    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

Page 1 of 2

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

JS 44 (Rev. 08/18) TXND 2-21

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

FEB 21 2024 AM 10
RECEIVED-USDC-ND

(b) County of Residence of First Listed Plaintiff  **Tarrant**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant **Tarrant**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**4-24CV-169-O**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane — 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability — 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability — 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle — **PERSONAL PROPERTY** | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability — 370 Other Fraud | [X] 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury — 371 Truth in Lending | [X] 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | — 380 Other Personal Property Damage | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | 362 Personal Injury - Medical Malpractice — 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| | | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** — **PRISONER PETITIONS** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights — **Habeas Corpus:** | | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting — 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment — 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations — 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment — 535 Death Penalty | **IMMIGRATION** | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | — **Other:** — 540 Mandamus & Other | 462 Naturalization Application | | |
| | 446 Amer. w/Disabilities - Other — 550 Civil Rights | 465 Other Immigration Actions | | |
| | 448 Education — 555 Prison Condition | | | |
| | — 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____